**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

KOLLMORGEN CORPORATION,

*Plaintiff,*

v.

THE UNITED STATES OF AMERICA,

*Defendant,*

and

GR DYNAMICS, LLC,

*Intervenor-Defendant.*

No. 04-1661C
Chief Judge Edward J. Damich

JOINT MOTION TO CORRECT THE COURT'S
JULY 6, 2005 SCHEDULING ORDER ENTERED ON JULY 11, 2005

Plaintiff Kollmorgen Corporation, Defendant The United States of America, and Intervenor-Defendant GR Dynamics, LLC ("the Parties") hereby move for a correction to the Court's July 6, 2005 Scheduling Order entered on July 11, 2005 in this case (the "Scheduling Order"), to reflect the agreement between the Parties regarding the limitations on depositions and interrogatories as set forth in the Joint Preliminary Status Report filed with the Court on June 8, 2005. The Parties request that the Court amend the second sentence on page 1 of the Scheduling Order to provide that "each side" (rather than "each party") be allowed 60 total hours of depositions and 30 interrogatories.

**<u>Statement in Support of Motion</u>**

Upon review of the Scheduling Order, Plaintiff Kollmorgen Corporation noticed an error regarding the stated agreement between the Parties as to the limitations on depositions and interrogatories. The Scheduling Order states:

> The parties proposed that **each party** be allowed 60 total hours of depositions and 30 interrogatories because they anticipate the involvement of a large number of witnesses from whom only short depositions will be needed.

(Order at 1, July 6, 2005) (emphasis added).

However, the Joint Preliminary Status Report, filed on June 8, 2005 in this case, states the Parties' agreed proposal as to the limitations on depositions and interrogatories as follows:

> The parties agree that **each side** shall be allowed 60 hours of depositions to use as **each side** deems appropriate (excluding expert and third-party depositions) . . . .
>
> * * *
>
> The parties agree that the number of interrogatories on **each side** shall be increased to thirty (30) **per side** . . . .

(Joint Preliminary Status Report at 19-20) (emphasis added). Thus, GR Dynamics and the United States, collectively, should be granted the same number of total deposition hours and the same number of interrogatories as Kollmorgen.

Plaintiff Kollmorgen advised Defendant The United States of America and Intervenor-Defendant GR Dynamics, LLC (collectively, "Defendants") of this error in the Court's Scheduling Order by letter dated July 15, 2005 and invited Defendants to join in a Motion to Correct. By letter dated July 18, 2005, Defendants agreed to join Plaintiff in this Motion to Correct. The Parties therefore request that the Court change "each party" to "each side" in the second sentence on page 1 of its Scheduling Order so that the limitations on depositions and

interrogatories set forth therein will reflect the Parties' agreed proposal as stated in the Joint Preliminary Status Report.

## Conclusion

For the reasons stated above, the Parties respectfully request that this Joint Motion to Correct the Court's Scheduling Order be granted.

July 26, 2005

Respectfully submitted,

s/ Andrea L. Wayda____________________

JOSEPH A. DEGIROLAMO
ANDREW M. RIDDLES
ANDREA L. WAYDA
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, New York 10281-2101
Telephone: (212) 415-8700
Facsimile: (212) 415-8701
Attorneys for Plaintiff Kollmorgen Corporation

July 26, 2005

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

s/ Walter W. Brown____________________

WALTER W. BROWN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0341
Facsimile: (202) 307-0345
Attorneys for the United States

July 26, 2005

s/ Steven Pepe

JAMES E. HOPENFELD
ROPES & GRAY, LLP
One Metro Center
7001 12th Street, N.W., Suite 900
Washington, D.C. 20005-3948
Telephone: (202) 508-4600
Facsimile: (202) 508-4650

LAURENCE S. ROGERS
STEVEN PEPE
ROPES & GRAY, LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Attorneys for Intervenor-Defendant
GRD, LLC