# In the United States Court of Federal Claims

No. 04-1661 C
(Filed: August 19, 2005)

***********************************
**KOLLMORGEN CORPORATION,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
and *
*
**GR DYNAMICS, LLC**, *
*
Intervenor-Defendant *
*
***********************************

**ORDER**

A Joint Motion to Correct the Court's July 6, 2005 Scheduling Order was filed by all parties on July 26, 2005. Upon examination, it appears that the motion was signed only by the Defendant's attorney of record as required by RCFC 83.1(c)(2).

Under the Court's rules, only one attorney of record may be designated for a party. RCFC 83.1(c)(1). The attorney of record must sign all filings on behalf of the party represented. RCFC 83.1(c)(2). An attorney who is a member of this court's bar may sign *in the name of* the attorney of record by adding the following after the name of the attorney of record: "by [the signing attorney's full name]." RCFC 83(c)(2). Thus, as an example, a proper signature in the name of the Plaintiff's attorney of record in this case would be "s/ Andrew Michael Riddles by s/ Andrea L. Wayda." The key is that there must be a s/ <Attorney of Record> for it to be properly signed.

Because the Joint Motion was unopposed, and because Defendant's attorney of record properly signed the document, the motion is filed by leave of the Court. However, future filings that are improperly signed will be returned for refiling. The Court encourages the parties to review RCFC 83.1 and General Order 42(A) so that they may avoid any electronic signature problems in the future.

The Joint Motion to Correct requests that the Court change "each party" to "each side" in the second sentence on page 1 of the July 6, 2005 Scheduling Order so that the limitations on depositions and interrogatories set forth therein will reflect the Parties' agreed proposal as stated in the Joint Preliminary Status Report.

The Court hereby GRANTS the Motion, and ORDERS that the limitations on depositions and interrogatories set forth in the July 6, 2005 Scheduling Order be applicable to each side rather than each party.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge