# In the United States Court of Federal Claims

No. 04-1661 C
(Filed: October 13, 2005)

```
**********************************
KOLLMORGEN CORPORATION,           *
                                  *
              Plaintiff,          *
                                  *
     v.                           *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
                                  *
     and                          *
                                  *
GR DYNAMICS, LLC,                 *
                                  *
              Intervenor-Defendant *
                                  *
**********************************
```

**ORDER**

On October 11, 2005, the parties attempted to file a stipulation of protective order. Because there is no provision in the Rules of the Court of Federal Claims for the filing of this item, the Clerk of Court is hereby ORDERED to strike the proposed stipulation.

Instead, the parties are ORDERED to file a motion for entry of a protective order with the proposed protective order draft language as an attachment.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge