**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| KOLLMORGEN CORPORATION,<br>*Plaintiff*,<br>v.<br>THE UNITED STATES OF AMERICA,<br>*Defendant*,<br>and<br>GR DYNAMICS, LLC,<br>*Intervenor-Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1661C<br>Chief Judge Edward J. Damich |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Plaintiff Kollmorgen Corporation, Defendant the United States and Intervenor-Defendfant GR Dynamics, LLC (collectively "the parties"), hereby jointly move for entry of the attached Stipulated Protective Order, executed by counsel for the parties.

The attached Stipulated Protective Order is necessary in order to permit the parties to conduct discovery in an orderly fashion because documents of each of the parties containing protected and proprietary information are involved in this matter. Entry of the attached Protective Order will allow for the production of these documents, as well as the production of any protected documents produced by third parties to the litigation.

The parties have agreed through their counsel to entry of the attached Stipulated Protective Order, as evidenced by their counsel's signatures on the document. The parties, therefore, jointly move for entry of the attached Stipulated Protective Order.

Dated: October 14, 2005

s/Andrew M. Riddles by s/Steven Pepe
JOSEPH A. DEGIROLAMO
ANDREW M. RIDDLES
ANDREA L. WAYDA
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, New York 10281-2101
Telephone: (212) 415-8700
Facsimile: (212) 415-8701
Attorneys For Plaintiff Kollmorgen Corporation

Dated: October 14, 2005

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

s/Walter W. Brown by s/Steven Pepe
WALTER W. BROWN
Attorney Commercial Litigation Branch
Civil Division Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0341
Facsimile: (202) 307-0345

Attorney for the United States

Dated: October 14, 2005

s/James E. Hopenfeld by s/Steven Pepe
JAMES E. HOPENFELD
ROPES & GRAY, LLP
One Metro Center
7001 12th Street, N.W., Suite 900
Washington, D.C. 20005-3948
Telephone: (202) 508-4600
Facsimile: (202) 508-4650

LAURENCE S. ROGERS
STEVEN PEPE
ROPES & GRAY, LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

Attorneys for Intervenor-Defendant
GR Dynamics, LLC