IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KOLLMORGEN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, and<br><br>GR DYNAMICS, LLC,<br><br>Intervenor-Defendant. | ) | No. 04-1661C<br><br>Chief Judge Edward J. Damich |

**JOINT MOTION FOR A STAY OF PROCEEDINGS**

Plaintiff Kollmorgen Corporation ("Kollmorgen"), defendant the United States (the "Government"), and intervenor-defendant GR Dynamics, LLC ("GRD") hereby jointly move for a stay of proceedings while Kollmorgen and GRD engage in settlement discussions. As explained below, the parties believe that these discussions may ultimately lead to a complete resolution of this case. Accordingly, the parties request a 61-day stay of all proceedings from today, December 14, 2005, to, and including, Monday, February 13, 2006.

**Statement in Support of Motion**

Last week, a meeting to discuss settlement of this litigation occurred between representatives of plaintiff Kollmorgen and third-party RAFAEL Armament Development Authority, Ltd. ("RAFAEL"). RAFAEL is one of two joint owners of intervenor-defendant GRD, and the developer of GRD's Mini-Typhoon product that the Government is using and that forms the basis of Kollmorgen's claims of patent infringement in this case. Both Kollmorgen and GRD believe that these discussions were productive and may lead to a resolution of all issues in this case as well as any future disputes between the parties, in the United States or

abroad, involving the patented technology. To foster these settlement discussions, Kollmorgen has represented and agreed that during the period of the requested stay, it will take no legal action against GRD and its third-party owner RAFAEL, and will take no legal action with respect to the subject matter of this lawsuit or U.S. Patent No. 5,949,015 against GRD's other third-party owner, General Dynamics Armament and Technical Products, Inc., world-wide.

Based on these representations, all parties, including the Government, have agreed that the requested stay of all proceedings is appropriate in order to avoid the expense and time required to conduct discovery and claim construction under the Court's schedule. The parties believe that the requested stay will provide sufficient time for the parties to negotiate a settlement in this case and obtain the approval of the principals involved.

## Conclusion

For the reasons stated above, the parties respectfully request that this joint motion for a stay of proceedings be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

December 14, 2005

s/Walter W. Brown
WALTER W. BROWN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0341
Facsimile: (202) 307-0345

Attorneys for the United States

December 14, 2005

s/Andrew M. Riddles by Walter W. Brown
JOSEPH A. DEGIROLAMO
ANDREW M. RIDDLES
ANDREA L. WAYDA
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, New York 10281-2101
Telephone: (212) 415-8700
Facsimile: (212) 415-8701

Attorneys for Kollmorgen Corporation

December 14, 2005

s/James E. Hopenfeld by Walter W. Brown

JAMES E. HOPENFELD
ROPES & GRAY LLP
One Metro Center
7001 12th Street, N.W., Suite 900
Washington, D.C. 20005-3948
Telephone: (202) 508-4600
Facsimile: (202) 508-4650

LAURENCE S. ROGERS
STEVEN PEPE
MATTHEW A. TRAUPMAN
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

Attorneys for Intervenor-Defendant
GR Dynamics, LLC