# In the United States Court of Federal Claims

No. 04-1661 C
(Filed: December 16, 2005)

***********************************
**KOLLMORGEN CORPORATION,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
and *
*
**GR DYNAMICS, LLC**, *
*
Intervenor-Defendant *
*
***********************************

## ORDER

The Scheduling Order issued on July 6, 2005, Docket No. 26, is hereby rescinded.

The Parties are ORDERED to file a Joint Status Report on **February 27, 2006**, discussing the progress of settlement negotiations, including *inter alia* when meetings were held and who was in attendance, and proposing a revised discovery schedule.

The Parties are further ORDERED to appear for a status conference on **March 13, 2006 at 10:00 am Eastern Time**. All parties shall appear by telephone for the status conference, which will be held off the record unless a party requests otherwise at least five business days in advance. One business day before the conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 357-6483 to provide the number where he or she can be reached.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge