**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| KOLLMORGEN CORPORATION,<br>*Plaintiff,*<br>v.<br>THE UNITED STATES OF AMERICA,<br>*Defendant,*<br>and<br>GR DYNAMICS, LLC,<br>*Intervenor-Defendant.* | ) | No. 04-1661C<br>Chief Judge Edward J. Damich |

**JOINT MOTION FOR A SECOND STAY OF PROCEEDINGS**

Plaintiff Kollmorgen Corporation ("Kollmorgen"), defendant the United States of America (the "United States"), and intervenor-defendant GR Dynamics, LLC ("GRD") hereby jointly move for a second stay of the proceedings to give Kollmorgen and GRD additional time to finalize settlement of this litigation. As explained in the Joint Status Report submitted today, the parties believe agreement has been reached on certain principle terms to form the basis of a formal settlement agreement. The parties, however, require additional time to prepare and finalize an appropriate agreement implementing the terms that have been proposed for settlement of the litigation, including to resolve any outstanding differences, and to obtain necessary corporate approvals from all parties (including the United States) and from third-parties RAFAEL USA, Inc. ("RAFAEL USA") and RAFAEL Armament and Defense Authority, Ltd. ("RAFAEL ISRAEL"). The Court previously granted a first 61-day stay of all proceedings, which began December 14, 2005 and expired February 13, 2006. Accordingly, the parties

request a second 30-day stay of all proceedings from today, February 27, 2006, to, and including, Wednesday, March 29, 2006.

All parties, including the United States, agree that the requested second stay of all proceedings is appropriate and the parties believe that the requested second stay will provide sufficient time for the parties to finalize a settlement of this litigation.

**Conclusion**

For the reasons stated above, the parties respectfully request that this joint motion for a second stay of proceedings from today, February 27, 2006, to, and including, Wednesday, March 29, 2006, be granted.

A proposed Order for the Court's consideration is attached hereto.

Respectfully submitted,

February 27, 2006

s/Andrew M. Riddles by s/Janice A. Christensen
JOSEPH A. DEGIROLAMO
ANDREW M. RIDDLES
ANDREA L. WAYDA
JANICE A. CHRISTENSEN
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, New York 10281
Telephone: (212) 415-8700
Facsimile: (212) 415-8701
Attorneys for Plaintiff Kollmorgen Corporation

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

February 27, 2006

s/Walter W. Brown by s/Janice A. Christensen
WALTER W. BROWN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0341
Facsimile: (202) 307-0345
Attorneys for the United States of America

February 27, 2006

s/James E. Hopenfeld by s/Janice A. Christensen
JAMES E. HOPENFELD
ROPES & GRAY, LLP
One Metro Center
7001 12th Street, N.W., Suite 900
Washington, D.C. 20005-3948
Telephone: (202) 508-4600
Facsimile: (202) 508-4650

LAURENCE S. ROGERS
STEVEN PEPE
MATTHEW TRAUPMAN
ROPES & GRAY, LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Attorneys for Intervenor-Defendant
GR Dynamics, LLC

**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KOLLMORGEN CORPORATION,<br>*Plaintiff,*<br>v.<br>THE UNITED STATES OF AMERICA,<br>*Defendant,*<br>and<br>GR DYNAMICS, LLC,<br>*Intervenor-Defendant.* | No. 04-1661C<br><br>Chief Judge Edward J. Damich |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion for a Second Stay of Proceedings, the Court hereby orders a 30-day stay of all proceedings from today, February 27, 2006, to and including Wednesday, March 29, 2006.

EDWARD J. DAMICH
Chief Judge