**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KOLLMORGEN CORPORATION,<br>*Plaintiff*,<br>v.<br>THE UNITED STATES OF AMERICA,<br>*Defendant*,<br>and<br>GR DYNAMICS, LLC,<br>*Intervenor-Defendant.* | No. 04-1661C<br>Chief Judge Edward J. Damich |

**JOINT STATUS REPORT**

Pursuant to this Court's February 28, 2006 Order, plaintiff Kollmorgen Corporation ("Kollmorgen"), defendant the United States of America (the "Government"), and intervenor-defendant GR Dynamics, LLC ("GRD") hereby submit this Joint Status Report. This report summarizes the events that transpired while this litigation has been stayed.

**First Stay.** At the request of the parties, the Court withdrew its July 6, 2005 Scheduling Order and granted a first stay of all proceedings to permit the parties to pursue settlement discussions. The first stay began December 14, 2005 and expired February 13, 2006. During this period, representatives of plaintiff Kollmorgen and third-parties RAFAEL Armament Development Authority, Ltd. ("RAFAEL Israel") and its subsidiary RAFAEL USA, Inc., a parent company of GRD, met on three occasions to discuss settlement of this litigation. RAFAEL Israel is an Israeli company that developed the Mini-Typhoon weapon system that GRD is selling to the Government and which is the subject of Kollmorgen's claims of patent

infringement in this case. As a result of these meetings, Kollmorgen, Rafael Israel and GRD (the "settlement parties") believed they reached agreement on certain principal terms to resolve all issues in this case, as well as any future disputes between the parties, in the United States and abroad, involving the patented technology which is the subject of this lawsuit. The settlement parties, however, required additional time to finalize a formal settlement agreement.

**Second Stay.** On February 27, 2006, the parties jointly moved for and the Court granted a second stay so that the settlement parties could continue their discussions. That stay expired on March 29, 2006. During this second stay, the settlement parties conferred directly several times to reach an understanding as to the terms of a settlement in this case. In addition, counsel for the settlement parties have been conferring regularly and exchanging working drafts of a settlement agreement that will represent a final resolution of this dispute. While many of the outstanding issues have been resolved, a few still remain. The settlement parties are working diligently toward resolving these remaining issues, and are hopeful that they can be resolved and the settlement agreement finalized before the status conference scheduled for April 19, 2006. In the event the settlement agreement is not finalized before the status conference, the parties intend on jointly moving for an additional 30-day stay to finalize the settlement agreement and, if granted to request that the Court reschedule the Status Conference accordingly.

April 12, 2006

Respectfully submitted,

s/Andrew M. Riddles by Walter W. Brown

JOSEPH A. DEGIROLAMO
ANDREW M. RIDDLES
ANDREA L. WAYDA
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, New York 10281
Telephone: (212) 415-8700
Facsimile: (212) 415-8701
Attorneys for Plaintiff Kollmorgen
Corporation

April 12, 2006

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

s/Walter W. Brown
WALTER W. BROWN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0341
Facsimile: (202) 307-0345
Attorneys for the United States

April 12, 2006

s/James E. Hopenfeld by Walter W. Brown
JAMES E. HOPENFELD
ROPES & GRAY, LLP
One Metro Center
7001 12th Street, N.W., Suite 900
Washington, D.C. 20005-3948
Telephone: (202) 508-4600
Facsimile: (202) 508-4650

LAURENCE S. ROGERS
STEVEN PEPE
MATTHEW TRAUPMAN
ROPES & GRAY, LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Attorneys for Intervenor-Defendant
GRD, LLC