# In the United States Court of Federal Claims

No. 04-1661 C
(Filed: April 19, 2006)

***********************************
**KOLLMORGEN CORPORATION,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant, *
*
and *
*
**GR DYNAMICS, LLC**, *
*
Intervenor-Defendant. *
*
***********************************

**ORDER**

Pursuant to the status conference held on April 19, 2006, the Court ORDERS the following:

1. The stay in this case is hereby extended from March 29, 2006 to **May 19, 2006**.

2. The Parties shall file a Joint Status Report, discussing their progress in settlement negotiations, on or before **May 23, 2006**.

3. The Parties shall appear for a telephonic status conference on **May 31, 2006** at 10:00 am Eastern Time. One business day before the conference, counsel shall call Ms. Shirley Scott, Judicial Assistant to Chief Judge Damich, at 202/357-6483, to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names, phone numbers and affiliations). The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge