**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KOLLMORGEN CORPORATION, *Plaintiff*, v. THE UNITED STATES OF AMERICA, *Defendant*, and GR DYNAMICS, LLC, *Intervenor-Defendant.* | No. 04-1661C<br>Chief Judge Edward J. Damich |

**JOINT STATUS REPORT**

Pursuant to this Court's April 19, 2006 Order, plaintiff Kollmorgen Corporation ("Kollmorgen"), defendant the United States of America (the "Government"), and intervenor-defendant GR Dynamics, LLC ("GRD") hereby submit this Joint Status Report. This report summarizes the events that transpired while this litigation has been stayed.

**First Stay.** At the request of the parties, the Court withdrew its July 6, 2005 Scheduling Order and granted a first stay of all proceedings to permit the parties to pursue settlement discussions. The first stay began December 14, 2005 and expired February 13, 2006. During this period, representatives of plaintiff Kollmorgen and third-parties RAFAEL Armament Development Authority, Ltd. ("RAFAEL Israel") and its subsidiary RAFAEL USA, Inc., a parent company of GRD, met on three occasions to discuss settlement of this litigation.

RAFAEL Israel is an Israeli company that developed the Mini-Typhoon weapon system that GRD is selling to the Government and which is the subject of Kollmorgen's claims of patent infringement in this case. As a result of these meetings, Kollmorgen, RAFAEL Israel and GRD (the "settlement parties") believed they reached agreement on certain principal terms to resolve all issues in this case, as well as any future disputes between the parties, in the United States and abroad, involving the patented technology which is the subject of this lawsuit. The settlement parties, however, required additional time to finalize a formal settlement agreement.

**Second Stay.** On February 27, 2006, the parties jointly moved for and the Court granted a second stay so that the settlement parties could continue their discussions. That stay expired on March 29, 2006. During this second stay, the settlement parties conferred directly several times to reach an understanding as to the terms of a settlement in this case. In addition, counsel for the settlement parties conferred regularly and exchanged working drafts of a settlement agreement in working towards a final resolution of this dispute. While many of the outstanding issues were resolved, a few still remained.

**Third Stay.** During a telephonic Status Conference on April 19, 2006 the parties reported on the status of their discussions and the progress made as to the settlement of this case. At the Conference the parties jointly requested and the Court granted a third stay up to and including May 19, 2006, so that the settlement parties and their attorneys could resolve the final terms of the settlement agreement. The settlement parties are pleased to report that the final terms of the settlement agreement have been agreed to by the settlement parties and that they are in the process of finalizing the necessary papers which will be distributed for execution. The

settlement parties are hopeful that a Stipulated Order of Dismissal will be filed with the Court before the Status Conference scheduled for May 31, 2006 or in any event shortly thereafter.

Respectfully submitted,

_s/Andrew M Riddles by s/Matthew A. Traupman_

May 23, 2006

JOSEPH A. DEGIROLAMO
ANDREW M. RIDDLES
ANDREA L. WAYDA
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, New York 10281
Telephone: (212) 415-8700
Facsimile: (212) 415-8701
Attorneys for Plaintiff Kollmorgen Corporation

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

_s/Walter W. Brown by s/Matthew A. Traupman_

May 23, 2006

WALTER W. BROWN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0341
Facsimile: (202) 307-0345
Attorneys for the United States

_s/James E. Hopenfeld by s/Matthew A. Traupman_

May 23, 2006

JAMES E. HOPENFELD
ROPES & GRAY, LLP
One Metro Center
7001 12th Street, N.W., Suite 900
Washington, D.C. 20005-3948
Telephone: (202) 508-4600
Facsimile: (202) 508-4650

LAURENCE S. ROGERS
STEVEN PEPE
MATTHEW TRAUPMAN
ROPES & GRAY, LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Attorneys for Intervenor-Defendant
GRD, LLC