IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KOLLMORGEN CORPORATION, *Plaintiff*, | ) | |
| v. | ) | No. 04-1661C<br>Chief Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, *Defendant*, | ) | |
| and | ) | |
| GR DYNAMICS, LLC, *Intervenor-Defendant.* | ) | |

STIPULATED ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) and (c) of the Rules of the United States Court of Federal Claims, the parties Kollmorgen Corporation ("Kollmorgen"), the United States of America ("United States"), and GR Dynamics, LLC ("GRD"), by and through their respective counsel of record, do hereby stipulate and agree, subject to the approval of the Court, as follows:

1. Kollmorgen brought this action to recover reasonable and entire compensation for the alleged unauthorized use and manufacture by or for the United States of subject matter claimed by United States Patent No. 5,949,015 (the "'015 patent") through the performance of Contract No. N00164-04-D-4802, (the "Contract") entered into between the United States and GRD.

2. In order to settle and dispose of this litigation, Kollmorgen, GRD, and third-party RAFAEL Armament Development Authority, Ltd. ("RAFAEL"), a joint owner of GRD that developed the Mini-Typhoon system GRD is selling to the Government

pursuant to the Contract, have entered into a Settlement Agreement that resolves the pending action.

3. In view of the aforementioned Settlement Agreement, the Government represents that it does not object to the dismissal of this action. The Government has not asserted any counterclaims or made any other affirmative claims relating to this action. GRD also has not asserted any counterclaims in this action.

4. Accordingly, all claims in this action are dismissed with prejudice.

5. Each party shall bear its own attorney's fees and costs.

SO ORDERED:

Dated: _____________, 2006

_____________________________
Edward J. Damich, Chief Judge

SO STIPULATED:

June 1, 2006

s/Andrew M. Riddles by s/Matthew A. Traupman
JOSEPH A. DEGIROLAMO
ANDREW M. RIDDLES
ANDREA L. WAYDA
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, New York 10281-2101
Telephone: (212) 415-8700
Facsimile: (212) 415-8701

Attorneys for Plaintiff
Kollmorgen Corporation

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

June 1, 2006

s/Walter W. Brown by s/Matthew A. Traupman
WALTER W. BROWN
Attorney
Commercial Litigation Branch
Civil Division

Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0341
Facsimile: (202) 307-0345

Attorneys for Defendant
United States of America

June 1, 2006

s/James E. Hopenfeld by s/Matthew A. Traupman

JAMES E. HOPENFELD
ROPES & GRAY LLP
One Metro Center
7001 12th Street, N.W., Suite 900
Washington, D.C. 20005-3948
Telephone: (202) 508-4600
Facsimile: (202) 508-4650

LAURENCE S. ROGERS
STEVEN PEPE
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 596-9000
Facsimile: (212) -9090

Attorneys for Intervenor-Defendant
GR Dynamics, LLC